■ VIOLA E. RUSHING, Respondent, v. WILLIAM RUSHING, Appellant.— Order, Supreme Court, New York County, entered on June 25, 1971, unanimously affirmed, without costs and without disbursements, and without prejudice to an application to the Family Court for revision of visitation privileges. No opinion. Concur — McGivern, J. P., McNally, Tilzer, Eager and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WYLER — Motion to amend remittitur granted to the extent of resettling the order of this court entered on November 18, 1971. Resettled order signed and filed. Concur — Stevens, P. J., Kupferman, Murphy, Steuer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HAYES — On the court's own motion the order of this court entered on November 18, 1971 is resettled. Resettled order signed and filed. Concur — Stevens, P. J., Kupferman, Murphy, Steuer and Capozzoli, JJ.

■ NAHIM ISAIAS v. DAVID FISCHOFF et al. (And Three Other Actions.)— Motion for reargument granted, and on reargument the order of this court entered on February 10, 1972, is vacated as academic, the appeal proper having been determined. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Murphy, JJ.